**2013–0590.   State v. Smith.**
Mahoning App. No. 11 MA 120, 2013-Ohio-756. Discretionary appeal accepted of Proposition of Law No. I and cause held for the decision in 2011–0686, *State v. Keck*, 4th Dist. No. 09CA50, 2011-Ohio-1643.
O'CONNOR, C.J., dissents.
PFEIFER, J., would also accept Propositions of Law Nos. II through VII.

# APPEALS NOT ACCEPTED FOR REVIEW

**2010–0865.   State v. Jackson.**
Trumbull App. No. 2008–T–0024, 2010-Ohio-1270.
O'NEILL, J., dissents and would accept the appeal on Proposition of Law No. I.

**2013–0106.   Qi v. Yang.**
Greene App. No. 2012–CA–24, 2012-Ohio-5542.
KENNEDY and O'NEILL, JJ., dissent.

**2013–0410.   Johnson v. Emergency Physicians of Northwest Ohio at Toledo, Inc.**
Lucas App. No. L–11–1290, 2013-Ohio-322.
O'DONNELL, J., dissents and would accept the discretionary appeal and the second appeal.
LANZINGER, J., dissents and would accept the discretionary appeal and the second appeal on Proposition of Law Nos. I, II, and III.
KENNEDY, J., dissents and would accept the discretionary appeal on Proposition of Law Nos. I and IV and the second appeal on Proposition of Law Nos. I, IV, and V.

**2013–0452.   Shupert v. Shupert.**
Adams App. No. 12CA940, 2013-Ohio-604.
KENNEDY, J., dissents.

**2013–0454.   In re Guardianship of Soltesz.**
Erie App. Nos. E–11–003 and E–11–015. Discretionary appeal not accepted and motion to supplement the record denied as moot.

**2013–0461.   State v. Houston.**
Scioto App. No. 12CA3472, 2013-Ohio-686.
O'NEILL, J., dissents.

**2013–0462.   Jones v. Norwood.**
Hamilton App. No. C–120237, 2013-Ohio-350.
O'DONNELL, J., dissents.

**2013–0463.   Early v. Toledo Blade Co.**
Lucas App. No. L–11–1002, 2013-Ohio-404.
O'DONNELL and O'NEILL, JJ., dissent.

**2013–0468.   Duncan v. Cuyahoga Community College.**
Cuyahoga App. No. 97222, 2012-Ohio-1949.

**2013–0472.   Cantu v. Irondale Indus. Contrs.**
Fulton App. No. F–11–018, 2012-Ohio-6057.
O'DONNELL and O'NEILL, JJ., dissent.
KENNEDY, J., dissents and would accept the appeal on Proposition of Law No. I.

**2013–0474.   Rock v. Rock.**
Montgomery App. No. 25311, 2013-Ohio-390.

**2013–0475.   Violante v. Brady Lake.**
Portage App. No. 2012–P–0054, 2012-Ohio-6220.

**2013–0476.   State v. Johnson.**
Portage App. No. 2012–P–0008, 2013-Ohio-440.